UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hassan Said,                                                    Case No. 3:26-cv-700

                    Plaintiff,

        v.                                                      ORDER

Hardishpal Mann, et al.,

                    Defendants.


On March 24, 2026, Defendants removed this action from the Sandusky County, Ohio Court of Common Pleas by invoking this Court's diversity jurisdiction.  (Doc. Nos. 1 & 1-3).

For a district court to have original diversity jurisdiction over a case, complete diversity must exist between the parties to the dispute.  28 U.S.C. § 1332(a).  That is, the dispute must be between citizens of different states.  28 U.S.C. § 1332(a)(1).  "[A] limited liability company has the citizenship of each of its members."  *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).  Accordingly, "[w]hen diversity jurisdiction is invoked in a case in which a limited liability company is a party, the court needs to know the citizenship of each member of the company. And because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well."  *Id.*

In the Notice of Removal, Defendants suggest Defendant UACL Logistics, LLC is a citizen of Indiana by asserting it is "registered and headquartered in Gary, Indiana."  (Doc. No. 1 at 2).  But an LLC's citizenship is determined by the citizenship of each of its members and sub-members, not

by where it is registered or headquartered.  Because Defendants have not alleged facts from which I can determine UACL Logistics, LLC's citizenship, I cannot conclude this Court's diversity jurisdiction was properly invoked.  *See Delay*, 585 F.3d at 1005.

To maintain this action in federal court, *see* 28 U.S.C. § 1447(c), Defendants must supplement the Notice of Removal by filing an affidavit of jurisdiction on or before April 30, 2026. In the affidavit, Defendant shall:

1.) Identify each of UACL Logistics, LLC's members and sub-members, which "must be traced through however many layers of partners or members there may be." *Meyerson v. Harrah's E. Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002); and

2.) State jurisdictional allegations sufficient for me to determine the citizenship of each member and sub-member (e.g., the domicile of individuals, the place of incorporation and principal place of business of corporations).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

2